## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDDIE HAROLD BILLINGS, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-01751-JMS-TAB |
| | ) | |
| JUDGE LLOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry and Order Dismissing Action

In a case such as this, where the plaintiff has been granted leave to proceed proceed *in forma pauperis.*, the court is authorized to dismiss an action in which the complaint fails to state a claim upon which relief can be granted. 28 U.S.C. ' 1915(e)(2)(B). A complaint must always . . . allege Aenough facts to state a claim to relief that is plausible on its face.@ *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). AA claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

Defendants Lloyd and Clark are without doubt entitled to absolute immunity for the conduct attributed to them, *Wright v. O'Brien*, 2012 WL 5377798 (W.D.Wis. Nov. 1, 2012), and no other coherent claim for relief is stated. The complaint thus fails to state a claim upon which relief can be granted. *Jones v. Bock,* 127 S. Ct. 910, 921 (2007)("A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief."); *Pugh v. Tribune Co.,* 521 F.3d 686, 699 (7th. Cir. 2008)(a complaint falls within this category if it "alleg[es] facts that show there is no viable claim@). The action is dismissed.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: __12/18/2012__

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eddie Harold Billings, Jr.**
**531 Oxford Street**
**Indianapolis, IN 46204**