## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

EDDIE HAROLD BILLINGS, Jr.,            )
                                       )
                    Plaintiff,         )
                                       )
          vs.                          )            1:12-cv-01751-JMS-TAB
                                       )
JUDGE LLOYD, et al.,                   )
                                       )
                    Defendants.        )

### Entry and Order Dismissing Action

In a case such as this, where the plaintiff has been granted leave to proceed proceed *in forma pauperis.*, the court is authorized to dismiss an action in which the complaint fails to state a claim upon which relief can be granted. 28 U.S.C. ' 1915(e)(2)(B). A complaint must always . . . allege >enough facts to state a claim to relief that is plausible on its face.  *Limestone Development Corp. v. Village of Lemont, Ill.,* 520 F.3d 797, 803 (7th Cir. 2008) (quoting *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007)). A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

Defendants Lloyd and Clark are without doubt entitled to absolute immunity for the conduct attributed to them, *Wright v. O'Brien,* 2012 WL 5377798 (W.D.Wis. Nov. 1, 2012), and no other coherent claim for relief is stated. The complaint thus fails to state a claim upon which relief can be granted. *Jones v. Bock,* 127 S. Ct. 910, 921 (2007)("A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief."); *Pugh v. Tribune Co.,* 521 F.3d 686, 699 (7th. Cir. 2008)(a complaint falls within this category if it "alleg[es] facts that show there is no viable claim). The action is dismissed.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  12/18/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eddie Harold Billings, Jr.**
**531 Oxford Street**
**Indianapolis, IN 46204**